WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicole Vance, | No. CV-17-2795-PHX-DMF |
| Plaintiff, | |
| v. | **ORDER** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Pending before the Court is Defendant's Motion for Reconsideration (Doc. 28). Motions for reconsideration should be granted only in rare circumstances. *Defenders of Wildlife v. Browner*, 909 F.Supp. 1342, 1351 (D.Ariz. 1995). Defendant argues that the Court's Order for remand did not properly consider a material issue. Because Defendant has satisfied the requirements of LRCiv. 7.2(g), the Court will permit Plaintiff to respond.

**IT IS THEREFORE ORDERED** that Plaintiff may respond to Defendant's Motion for Reconsideration within 21 days of the date of this Order. Defendant may reply within 7 days after the response is filed.

Dated this 20th day of September, 2018.

_____
Honorable Deborah M. Fine
United States Magistrate Judge